IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARL GREEN, | ) | Case No. 1:19 cv 1092 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendants. | ) | **REPORT & RECOMMENDATION** |
| | ) | |

Petitioner Carl Green filed a habeas petition requesting recalculation of his good-time credits pursuant to the First Step Act of 2018 and immediate release. ECF Doc. 1. On July 22, 2019, the respondent filed a motion to dismiss Green's habeas corpus petition as moot. ECF Doc. 8. Respondent reported that the new computation method for calculating good conduct time under the First Step Act of 2018 had become law [See 18 U.S.C. § 3624(b)(1)] and the Federal Bureau of Prisons had recalculated Green's release date. Based on the recalculation, Green was released on July 19, 2019, rendering his petition for habeas corpus moot.

Because Green's good conduct time has been recalculated and he has been released, I recommend that his petition for habeas corpus be DENIED, as moot, and that respondent's motion to dismiss be GRANTED.

IT IS SO ORDERED.

Dated: July 30, 2019

Thomas M. Parker
United States Magistrate Judge

2

---

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may waive the right to appeal the District Court's order. See *U.S. v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn,* 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).